Submitted December 22, 2021, affirmed January 12, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ARROW CLIFF VALENZUELA,
*Defendant-Appellant.*

Coos County Circuit Court
19CR65224; A173468

501 P3d 562

Andrew E. Combs, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kali Montague, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher A. Perdue, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Austin*, 316 Or App 56, 501 P3d 1136 (2021); *State v. Gomez*, 310 Or App 693, 485 P3d 314 (2021).